# EXHIBIT B

# CGH TECHNOLOGIES, INC.

## NON-DISCLOSURE AND NON-SOLICITATION AGREEMENT

THIS AGREEMENT is entered into between **CGH Technologies, Inc.** ("CGH") and _____ (hereinafter called the "EMPLOYEE/CONSULTANT," on this ____ day of _____, **2008**. In mutual consideration of the EMPLOYEE/CONSULTANT'S employment/continued employment with CGH, the expenditures made by CGH in developing trade secrets and other confidential information, training the EMPLOYEE/CONSULTANT and giving the EMPLOYEE/CONSULTANT access to CGH's trade secrets and other confidential information, and for other good and valuable consideration, the sufficiency and receipt of which is hereby acknowledged, CGH and EMPLOYEE/CONSULTANT agree as follows:

1. **Employment.** CGH hereby employs or continues to employ the EMPLOYEE/CONSULTANT and the EMPLOYEE/CONSULTANT hereby accepts or continues to accept employment upon the terms and conditions and for such compensation as may from time to time be agreed upon between them. EMPLOYEE/CONSULTANT shall be subject to the policies, practices, procedures, and other business directives that CGH adopts and amends from time to time.

2. **Extent of Services.** The EMPLOYEE/CONSULTANT shall devote his/her full business time, attention and energies to the business of CGH, and shall not, during the time this Agreement is in effect, engage in any other business activity, whether or not such other business activity is pursued for gain, profit, or other pecuniary advantage. However, the foregoing restriction shall not be construed as preventing the EMPLOYEE/CONSULTANT from investing his/her assets in such other form or manner as will not require any services on the part of the EMPLOYEE/CONSULTANT in the operation of the affairs of the companies in which such investments are made.

3. **Covenant of Non-Disclosure.** The EMPLOYEE/CONSULTANT recognizes and acknowledges that CGH has, through the expenditure of substantial time, effort and money, developed and acquired certain trade secrets and other confidential information, that have become of great value to CGH in its operations. EMPLOYEE/CONSULTANT further acknowledges and understands that in the course of performing his/her duties for CGH, he/she will receive special training and experience and have access to the trade secrets and other confidential information of CGH. EMPLOYEE/CONSULTANT agrees that he/she will hold in trust and confidence all confidential information and trade secrets of CGH during the period of the EMPLOYEE/CONSULTANT'S employment with CGH and for a period of two years after the termination of EMPLOYEE/CONSULTANT'S employment with CGH for any reason. EMPLOYEE/CONSULTANT further agrees that he/she will not make any independent use of, publish, or disclose, or authorize anyone to publish or disclose, to any other person or organization any of CGH's trade secrets and confidential information, except as required in the course of his/her employment with CGH. Upon request of CGH, EMPLOYEE/CONSULTANT shall promptly return all tangible expressions of trade secrets and confidential information in his/her possession and control and all copies thereof. As used herein, the terms "trade secrets"

## CGH TECHNOLOGIES, INC.

### NON-DISCLOSURE AND NON-SOLICITATION AGREEMENT (continued)

and "confidential information" shall include all documents marked "CGH proprietary/confidential," software (source and object code), algorithms, computer processing systems, techniques, methodologies, formulae, processes, compilations of information, drawings, proposals, job notes, reports, records, and specifications, the identity of CGH's clients and prospective clients, customer contacts, contracts, contract proposals, licenses, pricing information pertaining to its software products and services, cost information, financial statements, deliverables produced by the CGH for a client, training materials and procedure manuals. EMPLOYEE/CONSULTANT shall not remove any trade secret or confidential information, including documents marked "CGH proprietary/confidential," from CGH's premises without the written consent of a duly authorized CGH representative.

4. **Client Confidential Information.** EMPLOYEE/CONSULTANT further acknowledges and understands that in the course of performing his/her duties for CGH, he/she may have access to the trade secrets and other confidential information of CGH's customers and clients. EMPLOYEE/CONSULTANT agrees that he/she will hold in trust and confidence all confidential information and trade secrets of CGH's clients both during and after the period of EMPLOYEE/CONSULTANT'S employment with CGH. EMPLOYEE/CONSULTANT further agrees that he/she will not make any independent use of, publish, disclose, or authorize anyone to publish or disclose to any other person or organization any of CGH's clients' trade secrets or confidential information, except as required in the course of his/her employment with CGH and with the consent of the client.

5. **Non-Solicitation Covenant.** EMPLOYEE/CONSULTANT acknowledges that he/she will have access to the trade secrets and other confidential information of CGH. EMPLOYEE/CONSULTANT recognizes the importance of the personal contact that EMPLOYEE/CONSULTANT will have on behalf of CGH with CGH's clients, employees, contractors, and consultants. EMPLOYEE/CONSULTANT further acknowledges that because of the nature of EMPLOYEE/CONSULTANT'S work for CGH, EMPLOYEE/CONSULTANT'S solicitation of CGH's clients, employees, contractors and consultants with whom EMPLOYEE/CONSULTANT develops a relationship during the term of his/her employment with CGH would necessarily involve the unauthorized use or disclosure of confidential information, trade secrets, proprietary relationships and/or goodwill of CGH. Therefore, EMPLOYEE/CONSULTANT agrees that upon termination of his/her employment for any reason, EMPLOYEE/CONSULTANT will not, for a period of one year from the date of termination, interfere with CGH's relationship with any client using any confidential information, proprietary relationships or trade secrets of CGH. EMPLOYEE/CONSULTANT further agrees that upon termination of his/her employment for any reason, EMPLOYEE/CONSULTANT will not, for a period of one year from the date of termination, solicit, recruit, or place in employment, any employee, contractor or consultant of CGH with whom EMPLOYEE/CONSULTANT had contact while employed by CGH or interfere with CGH's relationship with any of its employees, contractors, or consultants.

CGH TECHNOLOGIES, INC.

## NON-DISCLOSURE AND NON-SOLICITATION AGREEMENT (continued)

6. **Enforcement.** The EMPLOYEE/CONSULTANT agrees that in the event of a breach or threatened breach by the EMPLOYEE/CONSULTANT of any of the provisions or covenants of this Agreement, CGH's remedies at law would be inadequate and CGH shall be entitled to entry of an injunction (without any bond or security being required), either temporary or permanent, against him/her in any suit in equity brought for purposes of restraining the EMPLOYEE/CONSULTANT from violating any of the provisions or covenants of this

Agreement or in any other action at law that may be brought to enforce its rights under this Agreement. Should CGH prevail in any suit in equity or at law against the EMPLOYEE/CONSULTANT, CGH shall be entitled to recover the cost of such suit, including its reasonable attorney's fees.

7. **Reasonable and Necessary Restrictions.** The EMPLOYEE/CONSULTANT agrees that the restrictions contained in this Agreement are both reasonable and necessary.

8. **Merger.** This Agreement between the parties supercedes all previous agreements whether oral or written, with respect to the subject matter of this Agreement and not including CGH's standard form Non-Compete Agreement.

IN WITNESS WHEREOF; the parties have executed this Agreement effective on the date first set forth above.

CGH TECHNOLOGIES, INC.

_____
Human Resources Signature

7/3/05
Date

EMPLOYEE/CONSULTANT

_____
Signature

_____
Print

7/3/08
Date

Page 3 of 3