# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0422–1 | User: RenierJessel | Date Created: 9/8/2025 |
| Case: 25–01056–KHK | Form ID: B250 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty          Stephen E. Leach          sleach@hirschlerlaw.com

TOTAL: 1