# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

|   |   |
|---|---|
| *In re:* | )<br>) |
| GLYN NEAL OWEN, | ) Case No. 25-11132-KHK<br>)<br>) Chapter 11 |
| Debtor. | )<br>) |
| CGH TECHNOLOGIES, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Adv. Proc. No. 25-01056-KHK<br>) |
| GLYN NEAL OWEN, | )<br>) |
| Defendant. | )<br>) |

**STIPULATION FOR EXTENSION TO RESPOND TO ADVERSARY COMPLAINT AND TO RESCHEDULE THE INTIAL PRETRIAL CONFERENCE**

Plaintiff CGH Technologies, Inc. ("Plaintiff") and Defendant Glyn Neal Owen ("Defendant") hereby stipulate that Defendant may have until November 7, 2025, to file a responsive pleading to the adversary complaint filed by Plaintiff in the above-captioned Adversary Action. The parties also respectfully request the Court to reschedule the initial pretrial conference that is currently scheduled for November 4, 2025, for at least thirty (30) days, and to extend Rule 26 deadlines, as set forth in the proposed Consent Order submitted herewith.

Daniel M. Press (Va. Bar No. 37123)
CHUNG & PRESS PC
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
Telephone: (703) 734-0590
Email:    dpress@chung-press.com

*Counsel for Defendant Glyn Neal Owen*

Dated: October 23, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Daniel M. Press* | */s/ David I. Swan* |
| Daniel M. Press (Va. Bar No. 37123) | Stephen E. Leach (Va. Bar No. 20601) |
| CHUNG & PRESS PC | David I. Swan (Va. Bar No. 75632) |
| 6718 Whittier Avenue, Suite 200 | HIRSCHLER FLEISCHER, PC |
| McLean, Virginia 22101 | 1676 International Drive, Suite 1350 |
| Telephone: (703) 734-0590 | Tysons, Virginia 22102 |
| Email: dpress@chung-press.com | Telephone: (703) 584-8900 |
| | Email: sleach@hirschlerlaw.com |
| | dswan@hirschlerlaw.com |
| *Counsel for Defendant Glyn Neal Owen* | |
| | *Counsel for Plaintiff CGH Technologies, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, a true and correct copy of the foregoing *Stipulation for Extension to Respond to Adversary Complaint and to Reschedule the Initial Pretrial Conference* to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, and served by CM/ECF upon all counsel of record receiving electronic notice in this proceeding.

*/s/ Daniel M. Press*
Daniel M. Press (Va. Bar No. 37123)