IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| *In re:* | ) ) ) | |
| GLYN NEAL OWEN, | ) ) ) | Case No. 25-11132-KHK |
| Debtor. | ) ) ) | Chapter 11 |
| CGH TECHNOLOGIES, INC. | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Adv. Proc. No. 25-01056-KHK |
| GLYN NEAL OWEN, | ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER GRANTING STIPULATION TO EXTEND TIME TO
RESPOND TO ADVERSARY COMPLAINT AND RESCHEDULE
THE INTIAL PRETRIAL CONFERENCE**

UPON CONSIDERATION of the Stipulation filed by Plaintiff CGH Technologies, Inc. ("Plaintiff") and Defendant Glyn Neal Owen ("Defendant"), it is hereby ORDERED:

1. The Defendant is given leave to file a response to the Complaint until November 7, 2025.

2. The initial pretrial conference is rescheduled from November 4, 2025 at 11:00 am, until _____ at \_\_\_\_ .

3. The initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) shall be made not later than the rescheduled date of the initial pretrial conference. Counsel for the parties

---

Daniel M. Press (Va. Bar No. 37123)
CHUNG & PRESS PC
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
Telephone: (703) 734-0590
Email: dpress@chung-press.com

*Counsel for Defendant Glyn Neal Owen*

shall confer prior to the rescheduled pretrial conference to formulate a discovery plan as required by Federal Rule of Civil Procedure 26(f).

Date: _____    _____
　　　　　　　　　　　　　　　　　　Honorable Klinette H. Kindred
　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

We ask for this:

*/s/ Daniel M. Press*
Daniel M. Press (Va. Bar No. 37123)
CHUNG & PRESS PC
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
Telephone: (703) 734-0590
Email: dpress@chung-press.com

*Counsel for Defendant Glyn Neal Owen*


*/s/ David I. Swan*
Stephen E. Leach (Va. Bar No. 20601)
David I. Swan (Va. Bar No. 75632)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Email: sleach@hirschlerlaw.com
　　　　dswan@hirschlerlaw.com

*Counsel for Plaintiff CGH Technologies, Inc.*

2

Copies to:

Daniel M. Press (Va. Bar No. 37123)
CHUNG & PRESS PC
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101

Stephen E. Leach (Va. Bar No. 20601)
David I. Swan (Va. Bar No. 75632)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102

### LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

I hereby certify under Local Bankruptcy Rule 9022-1(CX), that the foregoing proposed Order has been served upon all necessary parties.

*/s/ Daniel M. Press*
Daniel M. Press (Va. Bar No. 37123)

3