IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| *In re:* ) | |
| ) | Case No. 25-11132-KHK |
| GLYN NEAL OWEN, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| CGH TECHNOLOGIES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Proc. No. 25-01056-KHK |
| ) | |
| GLYN NEAL OWEN, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING STIPULATION TO EXTEND TIME TO
RESPOND TO ADVERSARY COMPLAINT AND RESCHEDULE
THE INTIAL PRETRIAL CONFERENCE**

UPON CONSIDERATION of the Stipulation filed by Plaintiff CGH Technologies, Inc. ("Plaintiff") and Defendant Glyn Neal Owen ("Defendant"), it is hereby ORDERED:

1. The Defendant is given leave to file a response to the Complaint until November 7, 2025.

2. The initial pretrial conference is rescheduled from November 4, 2025 at 11:00 am, until December 2, 2025 at 11:00 am.

3. The initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) shall be made not later than the rescheduled date of the initial pretrial conference. Counsel for the parties

---

Daniel M. Press (Va. Bar No. 37123)
CHUNG & PRESS PC
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
Telephone: (703) 734-0590
Email: dpress@chung-press.com

*Counsel for Defendant Glyn Neal Owen*

shall confer prior to the rescheduled pretrial conference to formulate a discovery plan as required by Federal Rule of Civil Procedure 26(f).

Date: \_\_Oct 24 2025_____     /s/ Klinette H Kindred
_____
Honorable Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket:Oct 24 2025

We ask for this:

*/s/ Daniel M. Press*
Daniel M. Press (Va. Bar No. 37123)
CHUNG & PRESS PC
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
Telephone: (703) 734-0590
Email: dpress@chung-press.com

*Counsel for Defendant Glyn Neal Owen*

*/s/ David I. Swan*
Stephen E. Leach (Va. Bar No. 20601)
David I. Swan (Va. Bar No. 75632)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Email: sleach@hirschlerlaw.com
       dswan@hirschlerlaw.com

*Counsel for Plaintiff CGH Technologies, Inc.*

Copies to:

Daniel M. Press (Va. Bar No. 37123)
CHUNG & PRESS PC
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101

Stephen E. Leach (Va. Bar No. 20601)
David I. Swan (Va. Bar No. 75632)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

    I hereby certify under Local Bankruptcy Rule 9022-1(CX), that the foregoing proposed Order has been served upon all necessary parties.

                                      */s/ Daniel M. Press*
                                      Daniel M. Press (Va. Bar No. 37123)

United States Bankruptcy Court

Eastern District of Virginia

CGH Technologies, Inc.,
    Plaintiff

Adv. Proc. No. 25-01056-KHK

Owen,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0422-9      User: RenierJes      Page 1 of 2
Date Rcvd: Oct 24, 2025      Form ID: pdford7      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | CGH Technologies, Inc., 400 Virginia Avenue, SW, Suite 700B, Washington, DC 20024-2986 |
| dft | + | Glyn Neal Owen, 1131 Tournai Court, Woodbridge, VA 22191-3253 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Oct 25 2025 01:17:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 26, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Defendant Glyn Neal Owen dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Stephen E. Leach | on behalf of Plaintiff CGH Technologies Inc. sleach@hirschlerlaw.com, ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com |

District/off: 0422-9                     User: RenierJes                        Page 2 of 2
Date Rcvd: Oct 24, 2025                  Form ID: pdford7                       Total Noticed: 3

TOTAL: 2