IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| *In re:* | )<br>) |
| GLYN NEAL OWEN, | ) Case No. 25-11132-KHK<br>)<br>) Chapter 11 |
| Debtor. | ) |
|  | ) |
| CGH TECHNOLOGIES, INC. | )<br>) |
| Plaintiff, | ) |
| v. | ) Adv. Proc. No. 25-01056-KHK |
| GLYN NEAL OWEN, | )<br>) |
| Defendant. | )<br>) |

### STIPULATION FOR FURTHER EXTENSION TO RESPOND TO ADVERSARY COMPLAINT AND TO RESCHEDULE THE INTIAL PRETRIAL CONFERENCE

Plaintiff CGH Technologies, Inc. ("Plaintiff") and Defendant Glyn Neal Owen ("Defendant") hereby stipulate that Defendant may have until December 5, 2025, to file a responsive pleading to the adversary complaint filed by Plaintiff in the above-captioned Adversary Action.  The parties also respectfully request the Court to reschedule the initial pretrial conference that is currently scheduled for December 2, 2025, for at least thirty (30) days, and to extend Rule 26 deadlines, as set forth in the proposed Consent Order submitted herewith.

This is the second requested extension.  The parties are engaged in settlement negotiations that involve obtaining appraisals which have taken longer than anticipated.

Daniel M. Press (Va. Bar No. 37123)
CHUNG & PRESS PC
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
Telephone:  (703) 734-0590
Email:    dpress@chung-press.com

*Counsel for Defendant Glyn Neal Owen*

Dated: November 21, 2025

/s/ Daniel M. Press
Daniel M. Press (Va. Bar No. 37123)
CHUNG & PRESS PC
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
Telephone: (703) 734-0590
Email: dpress@chung-press.com

*Counsel for Defendant Glyn Neal Owen*

Respectfully submitted,

/s/ David I. Swan
Stephen E. Leach (Va. Bar No. 20601)
David I. Swan (Va. Bar No. 75632)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Email: sleach@hirschlerlaw.com
          dswan@hirschlerlaw.com

*Counsel for Plaintiff CGH Technologies, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, a true and correct copy of the foregoing *Stipulation for Further Extension to Respond to Adversary Complaint and to Reschedule the Initial Pretrial Conference* to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, and served by CM/ECF upon all counsel of record receiving electronic notice in this proceeding.

/s/ Daniel M. Press
Daniel M. Press (Va. Bar No. 37123)