IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| *In re:* | ) |
| GLYN NEAL OWEN, | ) Case No. 25-11132-KHK |
|  | ) Chapter 11 |
| Debtor. | ) |
|  | ) |
| CGH TECHNOLOGIES, INC. | ) |
| Plaintiff, | ) |
| v. | ) Adv. Proc. No. 25-01056-KHK |
| GLYN NEAL OWEN, | ) |
| Defendant. | ) |

## ORDER STAYING ADVERSARY PROCEEDING

On February 10, 2026, this Court approved a Motion to Approve Compromise and Settlement (the "Settlement") (Dkt. #76), which among other things, resolves the Plaintiff's claims against the Defendant in this Adversary Proceeding. The Settlement provides that this Adversary Proceeding will be stayed pending confirmation of a chapter 11 plan that incorporates the terms of the Settlement.

It is therefore, **ORDERED** that:

---

Stephen E. Leach (Va. Bar No. 20601)
David I. Swan (Va. Bar No. 75632)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Email:   sleach@hirschlerlaw.com
             dswan@hirschlerlaw.com

*Counsel for Plaintiff CGH Technologies, Inc.*

1.      The Adversary Proceeding is hereby stayed pending confirmation of a chapter 11 plan and effectuation of the terms of Settlement.

2.      A consent judgment of non-dischargeability has been provided by the Defendant to Plaintiff's counsel, which may be filed only if there is a default of any term of the Settlement, and Defendant's failure to timely cure the default after Plaintiff provides a five (5) day notice to cure.

3.      Upon completion of all terms of the Settlement, the Plaintiff's claims against the Defendant will be deemed discharged, and the Plaintiff will dismiss this Adversary Proceeding.

Date: Feb 12 2026

/s/ Klinette H Kindred
Honorable Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Feb 13 2026

We ask for this:

*/s/ David I. Swan*
Stephen E. Leach (Va. Bar No. 20601)
David I. Swan (Va. Bar No. 75632)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Email: sleach@hirschlerlaw.com
       dswan@hirschlerlaw.com

*Counsel for Plaintiff CGH Technologies, Inc.*

*/s/ Daniel M. Press*
Daniel M. Press (Va. Bar No. 37123)
CHUNG & PRESS PC
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
Telephone: (703) 734-0590
Email: dpress@chung-press.com

*Counsel for Defendant Glyn Neal Owen*

2

Copies to:

Stephen E. Leach (Va. Bar No. 20601)
David I. Swan (Va. Bar No. 75632)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102

Daniel M. Press (Va. Bar No. 37123)
CHUNG & PRESS PC
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

I hereby certify under Local Bankruptcy Rule 9022-1(C), that the foregoing proposed Order has been served upon all necessary parties.

> */s/ David I. Swan*
> David I. Swan (Va. Bar No. 75632)